ACCEPTED
14-15-00414-CV
FOURTEENTH COURT OF APPEALS
HOUSTON, TEXAS
7/14/2015 3:34:31 PM
CHRISTOPHER PRINE
CLERK

No. 14-15-00414-CV

| | | |
|---|---|---|
| *In re* Southern American Insurance, | § | In the Fourteenth |
| Agency, Inc., Al McClure, Dalina | § | |
| St. Lawrence, and Gwen Crosby, | § | Court of Appeals |
| | § | |
| Relators | § | at Houston, Texas |

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS
7/14/2015 3:34:31 PM
CHRISTOPHER A. PRINE
Clerk

## SECOND AGREED MOTION FOR EXTENSION OF TIME TO FILE MANDAMUS RESPONSE

Relators Southern American Insurance Agency, Inc., Al McClure, Dalina St. Lawrence, and Gwen Crosby ("Southern American"); Relators Hull and Company, Inc., Karen Noyes, and Cindy Winchcombe ("Hull and Company"); and Real Parties in Interest Heather Haygood, Individually and as Next Friend of J.A., a Minor, and Lynn Klement, on behalf of Heather Haygood, and J.A. ("Haygood") file this Agreed Motion for Extension of Time to File Mandamus Response and would respectfully show:

Southern American filed its Petition for Writ of Mandamus on May 7, 2015, and Hull and Company filed its Joinder in the petition the same day. On May 13, 2015, this Court requested that Haygood file a response to the mandamus petitions by May 28, 2015. This Court granted an extension until July 15, 2015 on May 27, 2015. The parties mediated the case on June 15, 2015 and Haygood and Southern American reached a settlement. Upon the parties' motions, the trial court lifted the stay in order to appoint a guardian ad litem on July 8, 2015. The parties intend to set a hearing under Texas Rule of Civil Procedure 44(2) as soon as possible.

1

2208429v1

Postponing the mandamus response deadline will allow Haygood to avoid the potentially needless expense of drafting a response if the case proceeds to settle with the trial court's approval; it will also prevent the Court from wasting judicial resources in considering mandamus petitions that could be rendered moot by a settlement. Accordingly, the parties are jointly requesting that the Court extend the deadline for Haygood to file her mandamus response for an additional thirty days, or August 14, 2015. *See* Tex. R. App. P. 10.5(b). This is the second request for an extension of time to file the mandamus response.

For these reasons, the parties respectfully request that the Court grant this motion and extend the deadline for Haygood to file her response to the mandamus petitions until August 14, 2015.

Respectfully submitted,

HENDLER LYONS FLORES, PLLC

By: */s/ Rebecca R. Webber*
     Rebecca R. Webber
     State Bar No. 24060805
     Scott M. Hendler
     State Bar No. 09445500

1301 W. 25th Street, Suite 400
Austin, Texas 78705
Telephone: (512) 439-3200
Email: rwebber@hendlerlaw.com
Email: shendler@hendlerlaw.com

2

Troy Chandler
State Bar No. 24006982
CHANDLER MCNULTY, LLP
1001 West Loop South, Suite 602
Houston, Texas 77027
Email: Troy@chandlermcnulty.com

***Counsel for Real Parties in Interest
Heather Haygood, Individually and as Next
Friend of J.A., a Minor, and Lynn
Klement, on behalf of Heather Haygood
and J.A.***

# CERTIFICATE OF CONFERENCE

I hereby certify that Counsel for Plaintiff has conferred with Amy Greene, counsel for Defendant Hull & Co. et al, and Danielle Maya, counsel for Southern American, et al, and certify that defendants are unopposed to this motion.

3

## CERTIFICATE OF SERVICE

I certify that on July 14, 2015, a true and correct copy of this Second Agreed Motion for Extension of Time was served on the persons listed below by electronic service, email, or certified mail:

The Honorable Kyle Carter
125th Judicial District Court
Harris County Civil Courthouse
201 Caroline, 10th Floor
Houston, Texas 77002
***Respondent***

Thompson, Coe, Cousins & Irons
J. Richard Harmon
rharmon@thompsoncoe.com
700 N. Pearl Street, Suite 2500
Dallas, Texas 75201
Danielle F. Maya
dmaya@thompsoncoe.com
One Riverway, Suite 1400
Houston, Texas 77056
Courtney K. Walsh
cwalsh@thompsoncoe.com
One Riverway, Suite 1400
Houston, Texas 77056
***Attorneys for Defendants Southern American Insurance Agency, Inc., Al McClure, Gwen Crosby, and Dalina St. Lawrence***

Phelps Dunbar, LLP
Mary "Amy" Cazes Greene
Amy.greene@phelps.com
One Allen Center
500 Dallas Street, Suite 1300
Houston, Texas 77002
***Attorney for Defendants Hull & Company, Inc., Karen Noyes, and Cindy Winchcombe***

*/s/ Rebecca R. Webber*
Rebecca R. Webber

4

2208429v1